**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:24-cv-20907-JEM

DOUGLAS LONGHINI,

     Plaintiff,

v.

ALLIANCE RE HOLDINGS LLC,

     Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiffs Douglas Longhini, gives notice that the he has reached an agreement in principle with Defendant to resolve all issues.  The parties are in the process of drafting a written agreement.  The Parties will file the appropriate dismissal paperwork as soon as possible.

Dated: September 5, 2024.

     Respectfully submitted,

     __/s/ R. Edward Rosenberg___
     R. Edward Rosenberg, Esquire
     Fla. Bar No.: 88231
     Sorondo Rosenberg Legal PA
     1825 Ponce de Leon Blvd. #329
     Coral Gables, FL 33134
     E: rer@sorondorosenberg.com
     T: 786.708.7550
     F: 786.204.0844

     Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve copies of this filing to all parties of record.

     By: s/ R. Edward Rosenberg