UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:24-cv-20907-JEM

DOUGLAS LONGHINI,

    Plaintiff,

v.

ALLIANCE RE HOLDINGS LLC,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Douglas Longhini, hereby voluntarily dismisses all his claims in the present case with prejudice. Accordingly, Parties pursuant to Federal Rule of Civil Procedure 41 hereby stipulate to the dismissal of the present case with prejudice as to all counts.

Respectfully submitted this 8th day of October 2024 by:

| | |
|---|---|
| /s/ R. Edward Rosenberg<br>R. Edward Rosenberg, Esq.<br>Sorondo Rosenberg Legal PA<br>1825 Ponce de Leon Blvd., #329<br>Coral Gables, FL 33134<br>Tel: 786.708.7550<br>Fax: 786.204.0844<br>E-mail: rer@sorondorosenberg.com<br>Attorney for Plaintiff | /s/ Michael T. Landen<br>Michael T. Landen, Esq.<br>Kluger, Kaplan, Silverman, Katzen & Levine, P.L.<br>201 S. Biscayne Boulevard, 27th Floor<br>Miami, FL 33131<br>Tel: 305.379.9000<br>Fax: 305.379.3428<br>E-mail: mlanden@klugerkaplan.com<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve copies of this filing to all parties of record.

By: s/ R. Edward Rosenberg